M-D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2023 JUN 29 ℗ 12: 26

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Garon M Morgan #27220                    )
Full name and prison name of             )
Plaintiff(s)                             )
                                         )
                                         )
v.                                       )      CIVIL ACTION NO. 2:23-cv-404-MHT-CSC
                                         )      (To be supplied by Clerk of U.S. District
CPT. Clatys Jenkins                      )       Court)
LT. Larry McCovery                       )
LT. John Pryor                           )
                                         )
                                         )
                                         )
_____  )
                                         )
Name of person(s) who violated your      )
constitutional rights. (List the names   )
of all the person.)                      )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or
        similar facts involved in this action?  YES ☑ No ☐

   B.   Have you begun other lawsuits in state or federal court relating to your
        imprisonment?      YES ☐      NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of paper,
        using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff (s) _____

             _____

             Defendant(s) _____

             _____

        2.   Court (if federal court, name the district; if state court, name the county)

             _____

             _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
_____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still
pending ?) _____

6.  · Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  · PLACE OF PRESENT CONFINEMENT *ST. Clair correctional facility*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Easterling*
*correctional facility*

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

|    | NAME | ADDRESS |
|----|------|---------|
| 1. | *Clatys Jenkins* | *Easterling corrections* |
| 2. | *Larry Mccovery* | *Easterling corrections* |
| 3. | *John Pryor* | *Easterling corrections* |
| 4. | | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED *Started around*
*feb or March of 2022*

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

· GROUND ONE:  *Cruel and unusal punishment*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Since being housed at ECF i've found myself constantly being harrassed by the staff at this facility. I continue to be subjected to unwarranted disciplinary infractions which officers routinely pigeon hole me

GROUND TWO: Abse of Authority And or Job description

SUPPORTING FACTS: My due process rights have been violated in numerous ways and if I attempt to even voice my opinion against said actions then retalatory measures soon follows currently i'm being held inside the segregation unit as my custody has been upgraded to close confinement because of heansay

GROUND THREE: _____

SUPPORTING FACTS: Captain Jenkins had me wrote up on 3/14/2022 for 907 assault with a weapon, 8/16/2022 906 assault on Inmate 8/9/2022 disorderly conduct. Each one of these my rights to a fair hearing was denied. I was lied on. When inmates try to come tell the truth captem Jenkins talks with them and they story changes. I had a officer as a witness on one they put down refused to come to court. The other one never had a hearing whatso ever. I was in a suicide/crisis cell at the time of the hearing. They put refuse to come to court on there as well. never given a chance to go. The other one (907) officer said she did not see me and that they wrote ot disc wrong I was still found guilty when asked about everybody say it come from up to cpt Jenkins orders.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Punitive damages 25 K per person/defendant
An injuction: I want all disciplinary and
incident report out my file or jacket while
at Easterling corrections and to be put
in light custody.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/6/2023
(Date)

Signature of plaintiff(s)

Garon Morgan #272213
ST. Clair
1000 ST. Clair Rd
Springville, AL. 35146

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."



U.S. District court clerk
1 Church Street
Montgomery, AL. 36104

Legal Mail