IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GARON MCKENZIE MORGAN,      )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )          2:23cv404-MHT
                            )             (WO)
CLATYS JENKINS, et al.,     )
                            )
     Defendants.            )

ORDER

Based on the parties' notice of settlement in principle (Doc. 46), it is ORDERED that:

(1) The motion for summary judgment (Doc. 43) is denied as moot, with leave to renew should the settlement not be consummated.

(2) A joint stipulation of dismissal shall be filed by April 13, 2026.

This case is administratively closed pending filing of the stipulation of dismissal.

DONE, this the 24th day of March, 2026.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE